# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# NEWNAN DIVISION

| | |
|---|---|
| **ELIZABETH WEGIENKA,**<br><br>Plaintiff,<br><br>v.<br><br>**CITY OF WEST POINT, GEORGIA,**<br><br>Defendant. | Civil Action File No.<br><br>_____ |

## DEFENDANT'S NOTICE OF REMOVAL

COMES NOW **CITY OF WEST POINT, GEORGIA**, Defendant in the above-captioned matter, and *appearing specially*, files this Notice of Removal of Plaintiff's Complaint pursuant to 28 U.S.C. §§ 1441 and 1446. In support thereof, Defendant shows this Court as follows:

1.  This Notice is filed on behalf of Defendant City of West Point, Georgia.

2.  As of this filing Defendant has not been properly served with the summons or Complaint and appears here specially to file this Notice.

3.  This action was commenced in the Superior Court of Troup County, Georgia as Civil Action No. 23-CV-0319.

1

4. Plaintiff commenced the action by filing their Complaint on June 9, 2023.

5. On June 21, an unidentified individual handed an unsealed copy of the Complaint to Kristin Lester, the assistant city clerk / assistant city manager.

6. Mrs. Lester is not the West Point chairman of the board of commissioners, president of the council of trustees, mayor, or city manager. O.C.G.A. § 9-11-4(e)(5).

7. Nor has Mrs. Lester been designated by West Point's charter or any city ordinance to receive service of process.

8. Nonetheless, this Notice of Removal is timely under 28 U.S.C. § 1446(b)(1) because Defendant is filing it within 30 days of it "otherwise" receiving a copy of the Complaint. 28 U.S.C. § 1446(b)(1).

9. Plaintiff's Complaint avers violations of federal and state law, including discrimination under Title VII of the Civil Rights Act, 42 U.S.C. 2000e, *et seq*. As such, this Court has jurisdiction pursuant to 28 U.S.C. §§ 1441(c) and 1331.

10. This Court is the appropriate venue under 28 U.S.C. § 1441(a) because it is the district court and division embracing the place where this action is pending. 28 U.S.C. § 90(a)(4).

11. As of this filing Defendant has not filed a responsive pleading in the state court below because it has not properly been served with process.

12. Pursuant to Federal Rule of Civil Procedure 81, Defendant has until at least 7 days after the filing of this Notice, or up to 21 days after being properly served with the summons for the initial pleading on file in state court, whichever is longer, to answer, present defenses, or object to the Complaint. Fed. R. Civ. P. 81(c)(2).

13. Copies of the Complaint and all the other documents filed to date in the state court action are attached hereto as Exhibits to this Notice and are described as follows:

| Exhibit | Description | Date Filed |
|---|---|---|
| A | Complaint for Damages and Equitable Relief | 06/09/23 |
| B | Summons to City of West Point, Georgia | 06/09/23 |
| C | Case Information Filing Form | 06/09/23 |
| D | Motion to Appoint Process Server | 06/12/23 |
| E | Order Appointing Process Server | 06/14/23 |
| F | Affidavit of Service | 06/23/23 |

WHEREFORE Defendant prays that this cause be removed to the United States District Court for the Northern District of Georgia, Newnan Division, and that no further proceedings occur in the Superior Court of Troup County, Georgia.

Respectfully submitted this 21st day of July, 2023.

                                                **HALL BOOTH SMITH, P.C.**

                                                /s/ *Henry M. Cleland*
                                                Phillip E. Friduss
                                                Georgia Bar No. 277220
                                                Henry M. Cleland
                                                Georgia Bar No. 663931

                                                *Counsel for Defendant City of West Point*

191 Peachtree Street, N.E.
Suite 2900
Atlanta, GA 30303-1775
Tel: (404) 954-5000
Fax: (404) 954-5020
pfriduss@hallboothsmith.com
hcleland@hallboothsmith.com

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing was prepared using Times New Roman font, 14-point type, which is one of the font and print selections approved by the Court in L.R. 5.1(B).

This 21st day of July, 2023.

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| ELIZABETH WEGIENKA,<br><br>  Plaintiff,<br><br>v.<br><br>CITY OF WEST POINT, GEORGIA,<br><br>  Defendant. | Civil Action File No.<br><br>_____ |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the above and foregoing **DEFENDANT'S NOTICE OF REMOVAL** upon Plaintiff by sending a copy to their attorney via U.S. Mail, First Class, with proper postage prepaid thereon and affixed thereto to ensure delivery to:

Brian J. Sutherland
Rachel Berlin Benjamin
Beal Sutherland Berlin & Brown, LLC
945 East Paces Ferry Rd NE, Suite 2000
Atlanta, Georgia 30326
brian@beal.law
rachel@beal.law

Respectfully submitted this 21st day of July, 2023.

**HALL BOOTH SMITH, P.C.**

/s/ *Henry M. Cleland*
Phillip E. Friduss
Georgia Bar No. 277220
Henry M. Cleland
Georgia Bar No. 663931

*Counsel for Defendant City of West Point*

191 Peachtree Street, N.E.
Suite 2900
Atlanta, GA 30303-1775
Tel: (404) 954-5000
Fax: (404) 954-5020
pfriduss@hallboothsmith.com
hcleland@hallboothsmith.com